UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-00469-GW (SHK)** | Date: | September 13, 2018 |
| Title: | *Joseph DeMatteo v. Nancy A. Berryhill* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **ORDER TO SHOW CAUSE**

On March 8, 2018, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. On March 9, 2018, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to send a settlement proposal to government counsel by e-mail within 14 days from service of the administrative record.

On September 11, 2018, the government filed a Notice of Non-Receipt of Plaintiff's Settlement Proposal, Electronic Case Filing Number ("ECF No.") 18, Notice. The notice informs the Court that the government has not received a settlement proposal vial email or regular mail, and has therefore been unable to respond. Id.

Accordingly, no later than **September 24, 2018,** Plaintiff is ordered to show cause in writing why he has not complied with the Court's CMO and why this case should not be dismissed for failure to prosecute.

Finally, Plaintiff is reminded that failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action

**IT IS SO ORDERED**