UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 5:18-cv-00469-GW-SHK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Electronic Case Filing Number ("ECF No.") 1, Complaint; ECF No. 39, R&R. Plaintiff has not objected to the Magistrate Judge's R&R. Good cause appearing, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Commissioner's decision is **AFFIRMED** and Judgment be entered **DISMISSING** this case without prejudice.

Dated: October 13, 2020

Stanley Blumenfeld, Jr.
United States District Judge